IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHA'OLA TERRELL, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | C.A.N.: 2:22-cv-47 |
| | ) State Court C.A.N.: 03-CV-2022-900009 | |
| | ) Circuit Court of Montgomery County, | |
| | ) Alabama | |
| ALABAMA STATE UNIVERSITY, | ) | |
| DEFENDANT. | ) | |

(Filing stamp: 2022 JAN 25 P 2: 12, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA)

## NOTICE OF REMOVAL

**COMES NOW** Alabama State University ("ASU") and hereby removes state court action 03-CV-2022-900009 from the Montgomery County Circuit Court, Montgomery, Alabama to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1331 and states the grounds for removal as follows:

1. ASU was served with the summons and complaint on January 7, 2022. A copy of the summons, complaint and case action summary are attached as Exhibits A, B and C hereto. ASU has not yet responded to the complaint. ASU is the only defendant named in the action.

2. The complaint asserts two (2) causes of action for an alleged violation of the federal Equal Pay Act and an alleged violation of the state Clarke-Figures Equal Pay Act.

3. Removal of the complaint is proper pursuant to 28 U.S.C. § 1331 because the federal district court has original jurisdiction over claims involving federal questions to include

1

matters involving the federal Equal Pay Act. ASU is seeking the court's supplemental jurisdiction over the plaintiff's claim arising out of the Clarke-Figures Equal Pay Act.

4. All procedural requirements of 28 U.S.C. § 1446 for removal have been met as this notice is filed within thirty (30) days from the date the action was served on ASU; a true and correct copy of all pleadings from the state court action have been filed with this court; and a copy of this notice and exhibits will be filed with the clerk of the state court.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because this court is the federal district court encompassing the Circuit Court of Montgomery County, Alabama where the action was originally filed.

Respectfully Submitted,

KENNETH L. THOMAS (THO043)
RAMADANAH S. JONES (SAL026)
*Attorneys for Alabama State University Board of Trustees*

**OF COUNSEL:**
Kenneth L. Thomas, Esq.
Ramadanah S. Jones, Esq.
Office of the General Counsel
**ALABAMA STATE UNIVERSITY**
P.O. Drawer 271
Montgomery, Alabama 36101-0271
(334) 229-1465 (phone)
kthomas@alasu.edu
rsjones@alasu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by United States mail on this the 25th day of January, 2022.

Jaime A. Johnston, P.C.
P.O. Box 4663
Montgomery, Alabama 36103
334-202-9228 (Phone)
334-265-8789 (Fax)
jamie@jjohnstonpc.com

_____
OF COUNSEL