# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHA'OLA TERRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE No.: 2:22-cv-047-SRW |
| | ) |
| ALABAMA STATE UNIVERSITY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Kenneth L. Thomas of the Office of General Counsel Alabama State University, and hereby enters his appearance as lead-counsel on behalf of Alabama State University and the Board of Trustees for Alabama State University. Counsel respectfully requests that any and all documents pertaining to these Defendants be served on counsel and otherwise brought to his attention.

Respectfully submitted,

/s/ Kenneth L. Thomas
**KENNETH L. THOMAS (THO043)**

**OF COUNSEL:**
Kenneth L. Thomas, Esq.
Office of the General Counsel
**ALABAMA STATE UNIVERSITY**
P.O. Drawer 271
Montgomery, Alabama 36101-0271
(334) 229-1465 (phones)
klthomas@alasu.edu

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been serviced upon the following by United States mail, hand-delivery or via E-file using the CM/ECF system on this the 7th, day of April, 2022.

Jamie A. Johnston, Esq.
**JAMIE A. JOHNSTON, P.C.**
509 Cloverdale Road, Suite 101
Montgomery, Alabama 36106
(334) 202-9228 (phone)
(334) 265-8789 (fax)
jamie@jjohnstonpc.com

/s/ Kenneth L. Thomas
**OF COUNSEL**