IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHA'OLA TERRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-47-RAH ) |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinion, and orders of the Court, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** on this the 30th day of October 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1