IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHA'OLA TERRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22-cv-00047-RAH |
| ALABAMA STATE UNIVERSITY, *et al.*, | ) [WO] ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinion, and orders of the Court, it is **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendants and against Plaintiff, and this case is **DISMISSED with prejudice**. Costs are taxed against Plaintiff.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, on this the 16th day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE